■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL KENNEY, Appellant. [733 NYS2d 124] —Appeal by the defendant from a judgment of the County Court, Nassau County (Carter, J.), rendered November 28, 2000, convicting him of reckless endangerment in the first degree, operating a motor vehicle under the influence of drugs, reckless driving, failure to stop at a red traffic light, improper lane change, and speeding, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find there is legally sufficient evidence to establish the defendant's guilt beyond a reasonable doubt. The defendant led the police on a nine-minute car chase at excessive speeds through a business district, a residential area, and three school zones. He ignored stop signs and red lights and at times drove in the wrong lane on two-way streets. He hit a vehicle in which two women were riding, and endangered the lives of several pedestrians including a group of children (*see, People v Cordero,* 177 AD2d 499; *People v Ruiz,* 159 AD2d 656).

Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). Altman, J. P., H. Miller, Feuerstein and Cozier, JJ., concur.